**JS-6**

1

2

3

4

5

6

7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 CARMEN JOHN PERRI, an individual,

13

14      Plaintiff,

15      v.

16

17 TEMPLE AND OAK, LLC, a California limited liability company;

18 and DOES 1-10, inclusive,

19      Defendants.

20

21

22

23

24

25

26

27

28

Case No.: 2:20-cv-06647-JFW-SKx

**ORDER DISMISSAL WITH PREJUDICE**

ORDER DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Temple and Oak LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 23, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1
ORDER  DISMISSAL WITH PREJUDICE